Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Fax: (310) 627-2260

Steve Papazian, Bar No. 288097
steve@papazianiplaw.com
PAPAZIAN IP LAW, APC
325 N. Larchmont Blvd, Suite 172
Los Angeles, CA 90004
Telephone: (562) 522-4086
Fax: (213) 816-1931

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>INTELLIGENT AUTOMATION (ZHUHAI) CO., LTD., *a Chinese limited liability company*,<br><br>              Defendant. | Case No. 5:24-cv-7031-PCP<br><br>**PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S STATEMENT OF RECENT DECISION**<br><br>Judge:    Hon. P. Casey Pitts<br>Courtroom: 8, 4th Floor |

STATEMENT OF RECENT DECISION

Plaintiff Cadence Design Systems, Inc. ("Cadence") respectfully submits this Statement of Recent Decision pursuant to Local Rule 7-3(d) and the Court's April 2, 2026 Order (Dkt. No. 118).

On March 17, 2026, Judge Martínez-Olguín issued a decision in another matter involving Cadence relating to unauthorized use of its software against a different set of defendants in the action styled as *Cadence Design Systems, Inc. v. Yunjing Intelligent Innovation (Shenzhen) Co., Ltd.*, Case No. 25-cv-00317-AMO (N.D. Cal.). A copy of the decision is available at 2026 WL 751167 and enclosed herewith as Exhibit A ("*Yunjing* Decision").

The *Yunjing* Decision is relevant to several arguments that were raised by Defendant Intelligent Automation (Zhuhai) Co., Ltd. in its pending Rule 12(b)(6) Motion to Dismiss (Dkt. No. 91) and in Cadence's opposition thereto (Dkt. No. 98). The following portions of the *Yunjing* Decision are relevant to the specific arguments raised by the parties:

| *Yunjing* Decision | Defendants' Arguments | Cadence's Arguments |
|---|---|---|
| **Contract formation** – mutual assent and alleged third-party offeror (pp. 7-8) | Opening Brief (Dkt. No. 91-1) at 16-17.<br><br>Reply Brief (Dkt. No. 99) at 9-11. | Opposition Brief (Dkt. No. 98) at 15-16. |
| **Contract formation** – consideration and *Ansys* | Opening Brief (Dkt. No. 91-1) at 14-16.<br><br>Reply Brief (Dkt. No. 99) at 9-14-15. | Opposition Brief (Dkt. No. 98) at 17-18. |
| **Cadence's Section 1201 circumvention claim** – acts constituting circumvention and Cadence's technological measures | Opening Brief (Dkt. No. 91-1) at 11-13.<br><br>Reply Brief (Dkt. No. 99) at 6-8. | Opposition Brief (Dkt. No. 98) at 10-13. |

STATEMENT OF RECENT DECISION

DATED:  April 8, 2026          By:    */s/ Steve Papazian*
_____

**Guy Ruttenberg**
RUTTENBERG IP LAW, A PROFESSIONAL
CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
guy@ruttenbergiplaw.com

**Steve Papazian**
PAPAZIAN IP LAW, APC
325 N. Larchmont Blvd, Suite 172
Los Angeles, CA 90004
Telephone: (562) 522-4086
steve@papazianiplaw.com

*Attorneys for Plaintiff*

STATEMENT OF RECENT DECISION